**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| **STATE OF GEORGIA**<br><br>**V.**<br><br>**BRANDON JONES,**<br>**DEFENDANT** | **CASE NO. 4:25-CR-00056-15** |

**ORDER**

Upon consideration of the Second Motion for Leave of Absence by attorney Jason A. Nix for the additional dates of12/1/2026-12/4/2026. The same is hereby GRANTED.

SO ORDERED, this 17th day of September, 2026.

Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia